Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
1114 Fremont Avenue
South Pasadena, CA 91030

**\*\*E-filed 1/10/07\*\***

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiffs**
**KingVision Pay-Per-View, Ltd.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KingVision Pay-Per-View, Ltd.** | **CASE NO. C 06-6069 JF RS** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE*** |
| | **APPLICATION FOR AN ORDER** |
| **vs.** | **CONTINUING CASE MANAGEMENT** |
| | **CONFERENCE; AND ORDER** |
| **Jaime Gonzalez Lozano, et al.** | **(~~Proposed~~)** |
| **Defendant.** | |

Plaintiff KingVision Pay-Per-View, Ltd., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, January 12, 2007 at 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff has not perfected service of process as to both of the defendants named to this action.

In addition, as of this writing, Plaintiff's counsel has not conferred with either defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. C 06-6069 JF RS**
**PAGE 1**

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, January 12, 2007 at 10:30 am to a new date approximately forty-five (45) to sixty (60) days forward in order that each of the defendants may be served and Plaintiff's counsel may thereafter confer with the defendants and/or their counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: January 5, 2007       */s/ Thomas P. Riley*
                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                      By: Thomas P. Riley
                      Attorneys for Plaintiff
                      KingVision Pay-Per-View, Ltd.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. C 06-6069 JF RS**
**PAGE 2**

1
2

<u>ORDER</u> **(Proposed)**

3      It is hereby ordered that the Case Management Conference in civil action number 06-6069 JF RS

4  styled *KingVision Pay-Per-View, Ltd. v. Jaime Gonzalez Lozano, et al.*, is hereby continued from 10:30

5  am, Friday, January 12, 2007, to_____3/2/07 at 10:30 AM_____.

6          The Parties shall file a joint Case Management Statement in advance of the Case Management

7  Conference pursuant to the Local Rules and the Standing Order of this Court.

8          Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification

9  of Service of this Order with the Clerk of the Court.

10
11
12  **IT IS SO ORDERED**:
13
14
15  _____          Dated:_____1/10/07_____
16  **THE HONORABLE JEREMY FOGEL**
17  **United States District Court**
    **Northern District of California**
18
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. C 06-6069 JF RS**
**PAGE 3**

1

## PROOF OF SERVICE (SERVICE BY MAIL)

2

3       I declare that:

4

5       I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6  and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

7  California 91030.  I am readily familiar with this law firm's practice for collection and processing of

8  correspondence/documents for mail in the ordinary course of business.

9

10      On, January 5, 2007, I served:

11      PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE
        MANAGEMENT CONFERENCE; AND ORDER (Proposed)

12      On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

13  prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

14

15      Jaime Gonzalez Lozano (Defendant)
        175 S. Capitol Ave., #G

16      San Jose, CA 95127

17      Karina Galindo Lozano (Defendant)
        175 S. Capitol Ave., #G

18      San Jose, CA 95127

19

20

21      I declare under the penalty of perjury pursuant to the laws of the United States that the

22  foregoing is true and correct, and that this declaration was executed on January 5, 2007, at South

23  Pasadena, California.

24

25  Dated:  January 5, 2007                              */s/Angel Atherall*
                                                         **ANGEL ATHERALL**

26

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. C 06-6069 JF RS**
**PAGE 4**