**efiled 4/30/07

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KingVision Pay-Per-View, Ltd., | Case No. CV 06-6069 JF |
| Plaintiff, | ORDER (Proposed) |
| vs. | |
| Jaime Gonzalez Lozano, et al., | |
| Defendants. | |

Default having been entered in this action on Febuary 27, 2007 against Jaime Gonzalez Lozano and Karina Galindo Lozano, individually and d/b/a Marisco Vallarta a/k/a Vallartas Mariscos, and the application for and declarations in support of default judgment having been filed on or about March 6, 2007, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///

ORDER (Proposed)
CASE NO. CV 06-6069 JF
PAGE 1

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants Jaime Gonzalez Lozano and Karina Galindo Lozano, individually and d/b/a Marisco Vallarta a/k/a Vallartas Mariscos and in favor of KingVision Pay-Per-View, Ltd., as follows:

a. For the Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii):   $ 50,000.00

b. For the Violation of Title 47 U.S.C. 553 (b)(2) and (c)(2)(c):   $ 50,000.00

c. For the Tort of Conversion:   $ 1,800.00 (approximated)

Total:   $101,800.00

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $101,800.00.

**ITS SO ORDERED**:

Dated: 4/27/07

**The Honorable Jeremy Fogel**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///

**ORDER (Proposed)**
**CASE NO. CV 06-6069 JF**
**PAGE 2**

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 6, 2007, I served:

**ORDER (PROPOSED)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Jaime Gonzalez Lozano  (Defendant)
175 South Capitol Avenue, Suite G
San Jose, CA 95127

Karina Galindo Lozano  (Defendant)
175 South Capitol Avenue, Suite G
San Jose, CA 95127

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 6, 2007, at South Pasadena, California.

Dated: March 6, 2007                          */s/ Inesa Mamidjanyan*
                                                              **INESA MAMIDJANYAN**

ORDER (Proposed)
CASE NO. CV 06-6069 JF
PAGE 3